FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

FEB 22 2024

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ANDREW TETER; JAMES GRELL,

Plaintiffs-Appellants,

v.

ANNE E. LOPEZ; DARRYL NG,

Defendants-Appellees.

No.   20-15948

D.C. No.
1:19-cv-00183-ACK-WRP
District of Hawaii,
Honolulu

**ORDER**

**MURGUIA**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that

this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a)

and Circuit Rule 35-3.  The three-judge panel opinion is vacated.

Judges Owens and Bennett did not participate in the deliberations or vote in

this case.